DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY MARIBONA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0582

[March 7, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case No. 562022MM000177 A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***